UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-00013 RM |
| | ) | |
| MATTHEW S. PRICE (02) | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 14, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 44], ACCEPTS defendant Matthew Price's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:   May 4, 2009

　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　United States District Court